**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAULA D. BROWN,**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**U.S. ENVIRONMENTAL**<br>**PROTECTION AGENCY, et al.,**<br><br>    **Defendants.** | **Civil Action No.  04-0906 (JDB)** |

## ORDER

Upon consideration of [5] defendants' motion to dismiss or, in the alternative, for summary judgment, and [8] plaintiff's cross-motion for summary judgment, and the entire record in this case, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is this <u>10th</u> day of August, 2005, hereby

**ORDERED** that defendants' motion to dismiss, or in the alternative, for summary judgment is **GRANTED**; and it is further

**ORDERED** that plaintiffs' cross-motion for summary judgment is **DENIED**.

      /s/ John D. Bates      
JOHN D. BATES
United States District Judge

Copies to:

William T. Irelan
FREIDEMAN, IRELAN, WARD & LAMBERTON,
P.C.
1000 Potomac Street, NW
The Flour Mill-Suite 400
Washington, DC 20007
(202) 625-1800
Fax: (202) 625-1616
Email: wtirelan@vais.net
      *Counsel for plaintiff*

Peter S. Smith
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Washington, DC 20530
(202) 307-0372
Fax: (202) 514-8780
Email: peter.smith@usdoj.gov
      *Counsel for defendant*